STATE OF CONNECTICUT *v.* MANUEL E. JURADO

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 109 Conn. App. 628 (AC 28552), is denied.

*Robert J. Scheinblum,* senior assistant state's attorney, in support of the petition.

*Michael P. Shea* and *Daniel J. Foster*, special public defenders, in opposition.

Decided October 3, 2008